IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD WORSHAM, | * |
| Plaintiff, | * |
| vs. | * |
| | *   CIVIL ACTION NO. 20-00384-B |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * |
| Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED**.

**DONE** this **23rd** day of **March, 2022.**

/s/ SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE